**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-013-RLV-DCK**

| | |
|---|---|
| JONATHAN BYNUM, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| VA REGIONAL OFFICE, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion to Compel, Motion Prima Facie evidence (Complaint), Motion to proceed as a Veteran, Motion for a Protective Order" (Document No. 18) filed December 21, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for review. Having carefully considered the motion and the record, the undersigned will deny the motion.

It is unclear by the instant "motion(s)" exactly what relief Plaintiff is seeking. (Document No. 18). Plaintiff's one (1) page filing does not state with any particularity the grounds for the motion(s), or the relief sought. See Local Rule 7.1 (A). Moreover, Plaintiff has not included a brief in support of his motion(s). See Local Rule 7.1 (C).

Defendant filed a timely and persuasive "…Response…" (Document No. 19) on December 29, 2016, arguing that the motion(s) should be denied. Plaintiff has failed to file a reply brief and the time to do so has lapsed. See Local Rule 7.1(E).

Even viewing *pro se* Plaintiff's filing in the most favorable light, it is a conclusory and difficult to understand document that does not adequately describe or support any claim for relief that the undersigned can consider.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion to Compel, Motion Prima Facie evidence (Complaint), Motion to proceed as a Veteran, Motion for a Protective Order" (Document No. 18) is **DENIED**.

**SO ORDERED**.

Signed: February 3, 2017

David C. Keesler
United States Magistrate Judge